## MOTION DOCKET

**89–688.**  Leber v. Smith.  *Erie County,* No. E–87–43.  On motion to order court of appeals to transmit record.  Motion denied.

DOUGLAS, J., dissents and would order the record transmitted within thirty days.

RESNICK, J., not participating.

**90–2071.**  State ex rel. Ohio Dept. of Health v. Sowald.  *Franklin County,* No. 88AP–1171. On motion for leave to file additional authority.  Motion granted. ,

HOLMES, J., dissents.

On motion to advance.  Motion denied.

DOUGLAS, J., dissents.

**91–2484.**  State ex rel. Brown v. Columbus City Schools.  *Franklin County,* No. 90AP–847. On motion for leave to amend appellee's brief.  Motion granted.